No. 80–361.  MALMED ET AL. *v.* THORNBURGH, GOVERNOR OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 80–363.  LEWIS *v.* LEWIS ET AL.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 80–364.  ATESER ET UX. *v.* PUBLIC HOSPITAL DISTRICT NUMBER ONE, DBA VALLEY GENERAL HOSPITAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 80–367.  PRESBYTERIAN CHURCH OF HARRISBURG *v.* LIBERTY MUTUAL INSURANCE CO.  Super. Ct. Pa.  Certiorari denied.

No. 80–370.  FARKAS *v.* UNITED STATES ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 80–373.  DRIZIN ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 10th Cir.  Certiorari denied.

No. 80–385.  SHAW *v.* HOSPITAL AUTHORITY OF COBB COUNTY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–408.  BAKER ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–413.  KANSAS CITY SOUTHERN RAILWAY CO. *v.* GREAT LAKES CARBON CORP.  C. A. 8th Cir.  Certiorari denied.

No. 80–414.  COLLINS ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 80–417.  ANDERSON *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.